2-761171
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,



08 CV 1953

Plaintiff,

- against -

CORNERSTNE MANUFACTURING
AND DISTRIBUTION, INC.,

CIVIL COMPLAINT
IN ADMIRALTY

Defendant.
-------------------------------------------------------X

Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES,
INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE &
ASSOCIATES, as and for its Complaint against defendant CORNERSTONE
MANUFACTURING AND DISTRIBUTION, INC., in personam, in a cause of
action civil and maritime, alleges upon information and belief:

1.  This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of
1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of
Lading.

2.  At all times hereinafter mentioned, plaintiff ZIM AMERICAN
INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly
organized and existing under the laws of the State of Delaware with offices and a
place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

3.  Upon information and belief and at all times hereinafter mentioned,
defendant CORNERSTONE MANUFACTURING AND DISTRIBUTION, INC.
was and still is a corporation organized and existing under the laws of the State of
California, with offices and a place of business at 955 Cornerstone Way, Corona,
CA 92880, with an agent for service of process, Hans Hausfeld, at the corporate
address.

4. On or about September 24, 2006, under B/L ZIMUWUH911187, certain goods consisting of five containers of UNGALVANIZED STEEL SPRING WIRE were carried by plaintiff to Wuhan to Long Beach, there to be delivered to defendant and/or its agents (Exhibit A).

5. Defendant failed to remove the containers from the port within the free time allowed, and incurred demurrage costs totalling $4,100.00 (Exhibits B1-B5).

6. On October 6, 2006, defendant issued check no. 1070 for $4,100.00 in payment of Exhibits B1-B5, hereto, in order to obtain release of the containers, but after the containers were released, put a "Stop Payment" order on the check (Exhibit C).

7. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

8. Defendant has failed and refused and continues to fail and to refuse to remit the $4,100.00 due, although duly demanded.

9. By reason of the foregoing, plaintiff has sustained damages in the amount of $4,100.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
February 26, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____

Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176

(212) 896-1760

ZIMUWUH#11187

EI FUXING SCIENCE AND TECHNOLOGY
, LTD
1 FUXING ST. CHENHU TOWN,
CHUAN, HUBEI, CHINA 430000
-0212-8740068 FAX-0212-8740039

EXPORT REFERENCES

WERSTONE MFG.& DIST. INC.
3 CALIFORNIA AVE.
4 CORONA, CA 92881 USA PHONE
)340-2217 FAX (951)340-1538 92881

FORWARDING AGENT F.M.C. No

PORT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER

N C MCNULTY CHB
E. OCEAN BLVD., SUITE 210
G BEACH, CA 90802 PH 1-562-628-9700

REMARKS / EXPORT OR OTHER INSTRUCTIONS

| 6. CARRIAGE BY (MODE) | PLACE OR RECEIPT OF GOODS (IF CONTRACTED FOR) |
|---|---|
| ING VESSEL | VOY. PORT OF LOADING |
| 103/B | HUAN |
| ANTWERVILLE US | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| MKS & NO NOS    SCNT | HOUSE TO HOUSE-SHIPPER'S LOAD & COUNT STOWAGE | 58937KG | 79.95CBM |
| | S.L.A.C | 216113LB | 2825CBF |
| | 120 PACKAGES | | |
| | (120 PALLETS) | | |
| | UNGALVANIZED STEEL SPRING WIRE | | |
| | THIS SHIPMENT CONTAINS WOOD | | |
| | PACKING MATERIALS | | |
| CY-DOOR | WHICH WAS PROPERLY TREATED. | | |
| | FUMIGATION NO:3304302006001685 | | |

NON-NEGOTIABLE

DETAILS

TOTAL

IGHT PREPAID
BOARD : 08/27/2006

SEE ATTACHED LIST

MERCHANT'S DECLARED VALUE OF GOODS

FREIGHT PAYABLE AT   WUHAN

PLACE AND DATE OF ISSUE

NO. OF ORIGINAL BS. ISSUED   3

EXHIBIT "A"

As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

NON - NEGOTIABLE

CHARGES OF PKG, 102/5 - CMWGH - e' VLUSSAV    ZEMUWURS11187

| DETAILS | PER | AMOUNT | PREPAID | COLLECT |
|---|---|---|---|---|
| DESTINATION IP | | 2675.50 DL | | |
| TERMINAL | | 1850.00 YR | | |
| PANANMA CANAL | | 960.00 DL | | |
| PEAK SEASON CH | | 1675.00 DL | | |
| FUEL ADJUSTMEN | | 2225.00 DL | | |
| U.S.INTERMODAL | | 1735 00 DL | | |
| DOCUMENTATION | | 115.00 YR | | |
| SECURITY MANIF | | 25.00 DL | | |
| INTERNATIONAL | | 30.00 DL | | |
| FREIGHT | | 7080.00 DL | | |

----- ----------YR1965.50

16805.00 SUS

ZIM AMERICAN INTEGRATED SHIPPING CO. INC.
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502 757-228-1390
ATTN:CREDIT AND COLLECTIONS

Date      : 06/25/2007

Invoice   : DO0623307
JOHN C MCNULTY CHB          Invoice Date  : 10/01/2006
301 E OCEAN BLVD STE 210     Vessel/Voy   : ZKG,102/E
LONG BEACH, CA 90802         CNWUH-USSAV-USCVL
              ZIMUWUH911187
              Container #   : CLHU,202944-8

Container demurrage charges as follows :

    Container arrived : 09/24/2006

    Free time commenced : 09/25/2006

    Container pick up   : 10/10/2006

Demurrage as from     : 09/30/2006 - 10/10/2006

    1st Period  5    Days @ 100.00/DAY = US$  500.00

    2nd Period  3    Days @ 120.00/DAY = US$  360.00

    3rd Period       Days @ 0.00/DAY =   US$

    4th Period       Days @ 0.00/DAY    US$


              -------------------------------
              GRAND TOTAL      US$  860.00

NOTE :
PLEASE MAKE CHECK PAYABLE TO
ZIM AMERICAN INTEGRATED SHIPPING SERVICES

FOR ANY QUESTIONS CONCERNING THIS BILL
PLEASE CONTACT NORFOLK CREDIT & COLLECTIONS


EXHIBIT "B1"

ZIM AMERICAN INTEGRATED SHIPPING CO. INC.
5301 LAKE WRIGHT DRIVE
NORFOLK, VA 23502 757-228-1300
ATTN:CREDIT AND COLLECTIONS

Date            : 06/25/2007
Invoice         : DO0623308

JOHN C MCNULTY CUB            Invoice Date    : 10/01/2006
301 E OCEAN BLVD STE 210      Vessel/Voy      : ZKG,102/E
LONG BEACH, CA 90802          CNWUH-USSAV-USCVL
                ZIMUWUH911187
                Container #    : CLHU206225-6
Container demurrage charges as follows :

Container arrived   : 09/24/2006

Free time commenced : 09/25/2006

Container pick up    : 10/10/2006


Demurrage as from    : 09/30/2006 - 10/10/2006

    1st Period   5    Days @ 100.00/DAY = US$  500.00

    2nd Period  3     Days @ 120.00/DAY = US$ 360.00

    3rd Period        Days @ 0.00/DAY = US$

    4th Period        Days @ 0.00/DAY = US$


                ------------------------

        **GRAND TOTAL**      **US$  860.00**
NOTE :
    PLEASE MAKE CHECK PAYABLE TO
    ZIM AMERICAN INTEGRATED SHIPPING SERVICES

    FOR ANY QUESTIONS CONCERNING THIS BILL
    PLEASE CONTACT NORFOLK CREDIT & COLLECTIONS



EXHIBIT "B2"

ZIM AMERICAN INTEGRATED SHIPPING CO
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502 757-228-1300
ATTN: CREDIT AND COLLECTIONS

Date          : 06/25/2007

Invoice       : DO0623309
Invoice Date  : 10/01/2006
Vessel/Voy    : ZKG,102/E
CNWUH-USSAV-USCVL

JOHN C MCNULTY CHB
301 E OCEAN BLVD STE 210
LONG BEACH, CA 90802

ZIMUWU911187
Container #   : GSLU,202790-1

Container demurrage charges as follows :

     Container arrived   : 09/24/2006

     Free time commenced : 09/25/2006

     Container pick up   : 10/09/2006

Demurrage as from      : 09/30/2006 - 10/09/2006

   1st Period  5    Days @ 100.00/DAY = US$  500.00

   2nd Period  2    Days @ 120.00/DAY = US$  240.00

   3rd Period       Days @ 0.00/DAY =   US$

   4th Period       Days @ 0.00/DAY =   US$
                    -----------------------------

        GRAND TOTAL        US$  740.00
NOTE :
PLEASE MAKE CHECK PAYABLE TO
ZIM AMERICAN INTEGRATED SHIPPING SERVICES

FOR ANY QUESTIONS CONCERNING THIS BILL
PLEASE CONTACT NORFOLK CREDIT & COLLECTIONS

EXHIBIT "B3"

ZIM AMERICAN INTEGRATED SHIPPING CO. INC.
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502 757-228-1300
ATTN:CREDIT AND COLLECTIONS

Date        : 06/25/2007

                    Invoice        : DO0623310
JOHN C MCNULTY CHB              Invoice Date    : 10/01/2006
301 E OCEAN BLVD STE 210        Vessel/Voy      : ZKG.102/E
LONG BEACH, CA 90802            CNWUH-USSAV USCVL
                    ZIMUWUH9111787
                    Container #     : GSLU.204852-4

Container demurrage charges as follows :

    Container arrived   : 09/24/2006

    Free time commenced : 09/25/2006

    Container pick up   : 10/09/2006

Demurrage as from      : 09/30/2006 - 10/09/2006

    1st Period  5    Days @ 100.00/DAY = US$  500.00

    2nd Period  2    Days @ 120.00/DAY = US$ 240.00

    3rd Period       Days @ 0.00/DAY =  US$

    4th Period       Days @ 0.00/DAY =  US$

                    --------------------------
            GRAND TOTAL       US$  740.00

    PLEASE MAKE CHECK PAYABLE TO
    ZIM AMERICAN INTEGRATED SHIPPING SERVICES

    FOR ANY QUESTIONS CONCERNING THIS BILL
    PLEASE CONTACT NORFOLK CREDIT & COLLECTIONS

EXHIBIT "B4"

ZIM AMERICAN INTEGRATED SHIPPING CO. INC.
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502 757-228-1300
ATTN:CREDIT AND COLLECTIONS

Date        : 06/25/2007

Invoice     : DO0623311
JOHN C MCNULTY CHB           Invoice Date : 10/01/2006
501 E OCEAN BLVD STE 210     Vessel/Voy   : ZKG,102/E
LONG BEACH, CA 90802         CNWUH-USSAV-USCVL
                   ZIMUWUH911187
                Container # : TTNU,293855-6


Container demurrage charges as follows :

    Container arrived  : 09/24/2006

    Free time commenced : 09/25/2006

    Container pick up   : 10/10/2006


Demurrage as from    : 09/30/2006 - 10/10/2006

    1st Period  5   Days @ 100.00/DAY = US$  500.00

    2nd Period  3   Days @ 120.00/DAY = US$ 360.00

    3rd Period      Days @ 0.00/DAY = US$

    4th Period      Days @ 0.00/DAY = US$
                    --------------------------

          GRAND TOTAL        US$  860.00
NOTE :
    PLEASE MAKE CHECK PAYABLE TO
    ZIM AMERICAN INTEGRATED SHIPPING SERVICES

    FOR ANY QUESTIONS CONCERNING THIS BILL
    PLEASE CONTACT NORFOLK CREDIT & COLLECTIONS


EXHIBIT "B5"



EXHIBIT "C"