UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

ZIM AMERICAN INTEGRATED SHIPPING
SERVICES, INC.,

v.

CORNERSTONE MANUFACTURING AND
DISTRIBUTION, INC.,

------------------------------------------------X

**08 CV 1953**

CASE NO.

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR ___Zim American Integrated Shipping Services, Inc.___ (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

Associated Marine Charterers, Inc.
Zim Savannah Terminals, Inc.

DATE    2-26-08

SIGNATURE OF ATTORNEY

Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99