2-751172
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                    Plaintiff,

          - against -

CORNERSTONE MANUFACTURING
AND DISTRIBUTION, INC.,

                    Defendant.
---------------------------------------------------X

08 Civ. 1953 (JES)

NOTICE AND ORDER
OF DISMISSAL

PLEASE TAKE NOTICE that the above captioned matter be and

hereby is dismissed, without prejudice and without costs as to each party against the

other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       March 25, 2008

                         LAW OFFICES OF
                         ALBERT J. AVALLONE & ASSOCIATES


                         By
                         Albert J. Avallone - AA1679
                         Attorneys for Plaintiff
                         ZIM AMERICAN INTEGRATED
                         SHIPPING SERVICES, INC.
                         551 Fifth Avenue, Suite 1625
                         New York, NY 10176
                         (212) 696-1760


SO ORDERED:


_____
          U.S.D.J.